FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 SEP 20  AM 9: 06

LORETTA G. WHYTE
              CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DOUGLAS CASSARD #437528 | CIVIL ACTION |
| VERSUS | NO. 05-386 |
| STATE OF LOUISIANA, ET AL | SECTION "N" (1) |

### ORDER

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on April 19, 2006, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

IT IS ORDERED that Douglas Cassard's petition for issuance of a Writ of Habeas Corpus DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 19th day of September 2006.

_____
UNITED STATES DISTRICT JUDGE

```
___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
___ Doc. No.___
```